UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Number: 00-629 (JAG) |
| | : | |
| | : | O R D E R |
| v. | : | |
| | : | |
| JOHN DOE, | : | |

The above matter having been under seal since September 29, 2000,

It is on the    22nd    of    MARCH, 2010

ORDERED that pursuant to the court order dated October 12, 2001 in the case, Cr. 99-336 U.S.A. v. Philippe Hababou, the above action is hereby unsealed.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR.
UNITED STATES CIRCUIT JUDGE*

*sitting by designation